## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CALLAN CAMPBELL, et al., ) <br> on behalf of themselves and on behalf of ) <br> a class of all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v.                                            ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant.             ) | No. 15-717C <br> (Judge V. Wolski) |

### DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 30-day enlargement of time, to and including October 8, 2015, within which to file its response to plaintiffs' complaint. Defendant's response is currently due to be filed September 8, 2015. This is defendant's first request for an enlargement of time. Counsel for plaintiffs has represented that plaintiffs do not oppose this request.

There is good cause for this motion. Additional time is required to gather information, review relevant documents, and confer with agency personnel. Additional time is also needed to obtain supervisory review of our response. The requested extension should be sufficient to allow us adequate time to complete these tasks.

For the foregoing reasons, we respectfully request that the Court grant our motion for a 30-day enlargement of time within which to file our response to plaintiffs' complaint, to and including October 8, 2015.

        Respectfully submitted,

        BENJAMIN C. MIZER
        Principal Deputy Assistant Attorney General

        ROBERT E. KIRSCHMAN, JR.
        Director

        <u>s/ Franklin E. White, Jr.</u>
        FRANKLIN E. WHITE, JR.
        Assistant Director

        <u>s/ John J. Todor</u>
        JOHN J. TODOR
        Senior Trial Counsel
        Commercial Litigation Branch
        Civil Division
        Department of Justice
        P.O. Box 480
        Ben Franklin Station
        Washington, D.C. 20044
        Tele: (202) 616-2382
        Fax: (202) 514-8640

August 17, 2015        Attorneys for Defendant