# In the United States Court of Federal Claims

No. 15-717C
(Filed March 15, 2016)

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                              *
CALLAN CAMPBELL, et al.,                      *
                                              *
on behalf of themselves and on behalf of      *
a class of all others similarly situated,     *
                                              *
                    Plaintiffs,               *
                                              *
        v.                                    *
                                              *
THE UNITED STATES,                            *
                                              *
                    Defendant.                *
                                              *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

Oral argument on defendant's motion to dismiss the complaint shall be heard on **Tuesday April 12, 2016** at **3:00 p.m.** at the Howard T. Markey National Courts Building, 717 Madison Place N.W., Washington D.C.

**IT IS SO ORDERED.**

                                        s/ Victor J. Wolski
                                        **VICTOR J. WOLSKI**
                                        Judge